PHILIP GUIFFRE, an Infant, by FELIX GUIFFRE, His Guardian ad Litem, and FELIX GUIFFRE, Individually, Respondents, v. ROSARIO LONANO, Appellant.— In a negligence action, order granting plaintiffs' motion to set aside the verdict in favor of defendant and for a new trial on the ground that the verdict is against

the weight of the evidence, affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Taylor and Close, JJ., concur; Adel, J., dissents and votes to reverse and to reinstate the verdict. [See *post*, p. 846.]